THE JESSUP & MOORE PAPER COMPANY, Respondent, *v.* WILLIAM H. COX et al., Executors, etc., Appellants.

(Argued December 14, 1888; decided January 15, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Arthur R. Robertson* for appellants.

*E. B. Convers* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.